People v Steinagle

2026 NY Slip Op 02515

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

CAROL STEINAGLE, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

139 KA 24-01249

Present: Whalen, P.J., Lindley, Curran, Smith, And Delconte, JJ.

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL), FOR DEFENDANT-APPELLANT.

MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (TABITHA R. SALONEN OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered June 25, 2024. The judgment convicted defendant upon her plea of guilty of kidnapping in the second degree.

[*1]

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of kidnapping in the second degree (Penal Law § 135.20). We affirm.

Defendant failed to preserve for our review her contention that her plea was not knowingly and voluntarily entered inasmuch as she did not move to withdraw the plea or to vacate the judgment of conviction (see People v Council, 234 AD3d 1361, 1362 [4th Dept 2025]; People v Cunningham, 213 AD3d 1270, 1271 [4th Dept 2023], lv denied 39 NY3d 1110 [2023]), and we decline to exercise our power to review the contention as a matter of discretion in the interest of justice (see CPL 470.15 [3] [c]; Council, 234 AD3d at 1363).

Contrary to defendant's contention, her sentence is not unduly harsh or severe.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court